=====================================================================

# *UNITED STATES DISTRICT COURT*
## --------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.  CASE NUMBER: SAG-19-0828

CORTEZ WEAVER

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Cortez Weaver.   I certify that I am admitted to practice in this court.

Date: March 14, 2019

                /s/
BRENDAN A. HURSON, #28179
Assistant Federal Public Defender
100 South Charles Street
Tower II - 9TH Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: brendan_hurson@fd.org